IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | 1:25CR26 |
| | : | |
| CHAUDHRY SHABBIR AHMED | : | |

FACTUAL BASIS

NOW COMES the United States of America, by and through Randall S. Galyon, Acting United States Attorney for the Middle District of North Carolina, and as a factual basis under Rule 11, Fed. R. Crim. P., states the following:

**Medicare and Durable Medical Equipment**

As of early 2024, the defendant, Chaudhry Shabbir Ahmed, was listed as the sole owner of Dune Medical Supply, LLC ("Dune"), located at 2310 North Centennial Street, Suite 102, High Point, NC 27265, and Prospect Health Solutions, Inc. ("Prospect"), located at 5460 North State Road 7, Fort Lauderdale, FL 33319. Ahmed bought Dune and Prospect from Co-Conspirator 1 in or around January and February of 2024, respectively.

The United States Department of Health and Human Services, Centers for Medicare and Medicaid Services ("CMS"), is an agency of the United States that administers the Medicare programs. Medicare is a federally funded health

insurance program that provides insurance coverage for persons aged 65 or over and to persons under the age of 65 who are entitled to benefits due to disability. Medicare is a "health care benefit program" as defined by Title 18, United States Code, Section 24(b).

Among a variety of items and services, Medicare provided coverage to beneficiaries for durable medical equipment (DME), if such DME was reasonable and medically necessary for the treatment of a diagnosed and covered medical condition, and the DME was actually provided to the beneficiary. Conversely, Medicare did not cover and would not reimburse claims for DME unless the DME was ordered by a physician, medically necessary, and actually provided to the beneficiary.

## Health Care Fraud Scheme

Chaudhry Shabbir Ahmed did not exercise significant control over Dune or Prospect. Co-Conspirator 1, together with others known and unknown, at all times exercised ownership and control of both Dune and Prospect, including as to billing federal health care programs for DME.

After listing Ahmed as the sole owner, Dune and Prospect began submitting claims to Medicare for DME in April 2024 and May 2024, respectively. From the beginning of submitting claims through August 19, 2024, Dune and Prospect collectively billed Medicare for more than $100

2

million. Of that amount billed, Medicare paid more than $33 million to Dune and Prospect in the same timeframe.

Dune and Prospect billed for and sometimes shipped to beneficiaries DME that the beneficiaries' providers had not ordered and/or the beneficiary did not medically need. In or around June 2024, Dune and Prospect arranged for Onyx Med Supply, LLC (Onyx) to ship DME to beneficiaries. Co-conspirator 2, Co-conspirator 1's brother, owned Onyx.

Beginning in April 2024, Medicare started receiving hundreds of complaints from beneficiaries and providers that Dune was fraudulently billing Medicare for DME that beneficiaries never received, requested, needed, or that the provider never ordered. Similar complaints began coming into Medicare related to Prospect in June 2024. Medicare received well over 1000 complaints as of August 2024.

Multiple patients also confirmed that they did not have a condition requiring any DME, nor had the provider ordered it. For example, beneficiary K.D., who submitted a complaint regarding Dune in or around August 18, 2024, stated that she received a box with no return label which contained a back brace. K.D. was not aware she was going to receive this brace because she does not have any problems with her back. She did not order the brace and believes her doctor would have called her if he had ordered it for her. K.D.

3

attempted to contact Dune on two occasions. She left messages which were not returned.

Similarly, Dr. S.P. was informed by her patient, S.L., that S.L. had received a back brace and knee brace. Dr. S.P., who was allegedly the prescribing provider according to Medicare claims data, stated that she did not order those braces for S.L. because S.L. does not have any medical problems that would necessitate a back brace or knee brace.[1]

### Financial Accounts and Transactions

After Ahmed acquired ownership of Dune and Prospect from Co-conspirator 1, Co-conspirator 1 assisted Ahmed in getting access to or opening multiple bank accounts for the companies. The following are the relevant bank accounts for Dune, Prospect, and Ahmed:

- Dune had a business bank account at Truist Bank, account number ending in 0067 ("Truist 0067"). Ahmed and Co-conspirator 1 had access to this account. Medicare electronically deposited claim reimbursements for Dune to Truist 0067.

- Prospect had a business bank account at JP Morgan Chase Bank, account ending in 5016 ("JP Morgan 5016"). Ahmed and Co-conspirator 1 had access to this account. Medicare electronically deposited claim reimbursements for Prospect to JP Morgan 5016.

---

[1] This complaint from Dr. S.P. is just one example out of multiple complaints received by practitioners concerning fraudulent billing related to their patients.

- On or about June 18, 2024, Ahmed opened a business bank account in Dune's name at Bank of America, account ending in 5409 ("BoA 5409") and at Wells Fargo Bank, account ending in 9209 ("Wells Fargo 9209").

- On or about July 24, 2024, Ahmed opened a business bank account in Prospect's name at Pinnacle Bank, account ending in 4775 ("Pinnacle 4775").

- Ahmed also had individual bank accounts at Bank of America, accounts ending in 3805, 5092, and 7001 ("BoA 3805," "BoA 5092," and "BoA 7001").

After receiving reimbursement from Medicare, typically at the direction of Co-conspirator 1, Ahmed entered bank branches and performed the following financial transactions:

1. On or about June 14, 2024, Ahmed withdrew $15,000 in cash from Truist 0067.
2. On or about June 27, 2024, Ahmed withdrew $15,000 in cash from Truist 0067.
3. On or about July 3, 2024, Ahmed withdrew $28,300 in cash from JP Morgan 5016.
4. On or about July 5, 2024, Ahmed withdrew $30,000 in cash from BoA 5409.
5. On or about July 15, 2024, Ahmed withdrew $20,000 in cash from JP Morgan 5016.
6. On or about July 16, 2024, Ahmed withdrew $20,000 in cash from Truist 0067.
7. On or about July 17, 2024, Ahmed withdrew $40,000 in cash from JP Morgan 5016.
8. On or about July 18, 2024, Ahmed withdrew $20,000 in cash from BoA 5409.
9. On or about July 22, 2024, Ahmed withdrew $45,000 in cash from BoA 5409.

10. On or about July 22, 2024, Ahmed withdrew $143,130 in the form of a cashier's check made payable to Onyx from JP Morgan 5016.
11. On or about July 23, 2024, Ahmed withdrew $50,000 in cash from BoA 5409.
12. On or about July 24, 2024, Ahmed withdrew $10,000 in cash from BoA 5409.
13. On or about July 25, 2024, Ahmed withdrew $250,000 in cash from Truist 0067.
14. On or about July 26, 2024, Ahmed withdrew $20,000 in cash from BoA 5409.
15. On or about July 29, 2024, Ahmed withdrew $189,220 in the form of a cashier's check made payable to Onyx from JP Morgan 5016.
16. On or about July 29, 2024, Ahmed withdrew $150,000 in the form of a cashier's check made payable to Ahmed from JP Morgan 5016.
17. On or about July 30, 2024, Ahmed withdrew $400,000 in cash from JP Morgan 5016.
18. On or about July 31, 2024, Ahmed withdrew $200,000 in cash from JP Morgan 5016.
19. On or about August 6, 2024, Ahmed withdrew $218,541 in the form of a cashier's check made payable to Onyx from JP Morgan 5016.
20. On or about August 9, 2024, Ahmed withdrew $500,000 in cash from JP Morgan 5016.
21. On or about August 12, 2024, Ahmed withdrew $233,718.20 in the form of a cashier's check made payable to Onyx from JP Morgan 5016.
22. On or about August 21, 2024, Ahmed withdrew $303,561 in the form of a cashier's check made payable to Onyx from JP Morgan 5016.
23. On or about August 21, 2024, Ahmed withdrew $500,000 in cash from JP Morgan 5016.
24. On or about August 23, 2024, Ahmed withdrew $10,000 in cash from BoA 3805.

Ahmed typically provided the cash he withdrew to Co-conspirator 1 and the cashier's checks were made payable to Onyx to Co-conspirator 2.

6

This, the 27th day of January, 2025.

        Respectfully submitted,

        RANDALL S. GALYON
        Acting United States Attorney


        /S/ REBECCA A. MAYER
        Assistant United States Attorney
        TXSB #24092376
        United States Attorney's Office
        Middle District of North Carolina
        101 South Edgeworth Street
        Greensboro, NC  27401
        Phone:  336/332-6359

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 27, 2025 the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

John T. Clarkson, Esq.

/S/ REBECCA A. MAYER
Assistant United States Attorney
TXSB #24092376
United States Attorney's Office
Middle District of North Carolina
101 South Edgeworth Street
Greensboro, NC 27401
Phone: 336/332-6359

8

Case 1:25-cr-00026-CCE    Document 4    Filed 01/27/25    Page 8 of 8